**No. 39525.**—Protests 382133–G, etc., of Gimbel Bros., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, atomizers and droppers, boxes, flacons, trays, bottles, plates, and salt and pepper shakers chiefly used on the table, in the kitchen, or household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.